**98–1275. State v. Mock.**
Cuyahoga App. No. 66682. On motion for leave to file delayed appeal. Motion denied.

**98–1699. E. Ohio Gas Co. v. Wood Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition regarding an expedited election matter. Upon consideration of the motion for leave to intervene by Mary Ann Miller and Concerned Citizens for Troy Township,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.
COOK, J., not participating.

## DISCRETIONARY APPEALS ALLOWED

**98–952. Biddle v. Warren Gen. Hosp.**
Trumbull App. No. 96–T–5582. On appeal of Robert L. Holland and Elliott, Heller, Maas, Moro & Magill Co. and on appeal of Warren General Hospital and Kevin Andrews. Discretionary appeals allowed.

On cross-appeal of Cheryl A. Biddle et al. Discretionary cross-appeal allowed.

COOK, J., would allow Propositions of Law Nos. III through VII only on the cross-appeal.

**98–1015. State v. Scarborough.**
Warren App. No. CA97–08–088. The discretionary appeal is allowed on Propositions of Law Nos. I and II only. Cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–1017. State ex rel. Eckstein v. Midwest Pride IV, Inc.**
Fayette App. Nos. CA97–03–007 and CA97–04–011. On appeal of Steven H. Eckstein and cross-appeal of Midwest Pride IV, Inc. Discretionary appeal and cross-appeal allowed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**98–1061. Ottawa Cty. Bd. of Commrs. v. Marblehead.**
Ottawa App. No. OT–97–031.

DOUGLAS, J., dissents.
MOYER, C.J., and RESNICK, J., not participating.

**98–1092. State v. Rimmer.**
Lorain App. No. 97CA006795. The discretionary appeal is allowed on Proposition of Law No. I only. Cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21; briefing schedule stayed.

**98–1097. First Bank of Marietta v. Roslovic & Partners, Inc.**
Franklin App. Nos. 97APE09–1199 and 97APE09–1201.

F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., dissent.